```
                          United States Bankruptcy Court
                           Eastern District of New York
```

In re:                                                          Case No. 19-43516-ess
Michael Krichevsky                                              Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0207-1          User: smott              Page 1 of 1            Date Rcvd: Jun 06, 2019
                              Form ID: 767             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2019.
db             +Michael Krichevsky,    4221 Atlantic Ave,    Brooklyn, NY 11224-1023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2019 at the address(es) listed below:
      Marianne   DeRosa    Derosa@ch13mdr.com, mderosa13@ecf.epiqsystems.com
      Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                          TOTAL: 2

| **Information to identify the case:** | | | |
|---|---|---|---|
| Debtor 1 | **Michael Krichevsky** | Social Security number or ITIN | **xxx–xx–7181** |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of New York** | Date case filed for chapter **13** | **6/6/19** |
| Case number: | **1–19–43516–ess** | | |

# NOTICE OF DEFICIENCY CONCERNING REQUIREMENT
# OF PHOTO IDENTIFICATION

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy petition filed by the above–referenced debtor(s) on June 6, 2019 did not include the following:

☑    An acceptable identification (a state driver's license, a U.S. passport, an identification card issued by a federal, state, or local governmental entity, military identification, a resident alien card, or a student identification card) for Debtor.

☐    An acceptable identification (a state driver's license, a U.S. passport, an identification card issued by a federal, state, or local governmental entity, military identification, a resident alien card, or a student identification card) for Joint Debtor.

The deficiencies identified in this Notice must be cured within fourteen days (14) of the transmission of this Notice or a motion for waiver of the requirement must be made within that time. If the deficiencies are not cured within this time period, the above–referenced bankruptcy filing may be dismissed.

Dated: June 6, 2019

For the Court, Robert A. Gavin, Jr., Clerk of Court

**blntcdefpho3.jsp** [Notice of Deficiency Re: Photo ID 02/01/17]