UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                                   Chapter 13

MICHAEL KRICHEVSKY,                  Case No.: 19-43516-ESS

                               Debtor.
-----------------------------------------------------------X

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that pursuant to Bankruptcy Rules 2002, 2018, 4001, 9007 And 9010, Select Portfolio Servicing, Inc., as Servicer Agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR15, by its attorneys, The Margolin & Weinreb Law Group LLP, by Alan Smikun, Esq., hereby appears in the above-entitled Chapter 13 case and demands service of all papers and notices of all proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes, not only the notice and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, or otherwise which affects or seeks to affect in any way, any rights, claims or interest of Select Portfolio Servicing, Inc., as Servicer Agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR15.

Dated: Syosset, New York
       June 10, 2019           **THE MARGOLIN & WEINREB LAW GROUP LLP**
                                      Attorneys for Select Portfolio Servicing, Inc., as Servicer Agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR15

                          By:    */s/ Alan Smikun*
                                Alan Smikun, Esq.
                                165 Eileen Way
                                Syosset, New York 11791
                                (516) 921-3838
                                alansm@nyfclaw.com