```
                          United States Bankruptcy Court
                           Eastern District of New York
```

In re:                                                              Case No. 19-43516-ess
Michael Krichevsky                                                  Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1          User: mcuzzo            Page 1 of 1           Date Rcvd: Aug 09, 2019
                              Form ID: 778            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2019.
db            +Michael Krichevsky,   4221 Atlantic Ave,   Brooklyn, NY 11224-1023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2019 at the address(es) listed below:
              Alan   Smikun    on behalf of Creditor    Select Portfolio Servicing, Inc., as Servicer Agent for
               U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA,
               on behalf of the holders of the WaMu Mortgage alansm@nyfclaw.com,  amelia@nyfclaw.com
              Marianne   DeRosa    Derosa@ch13mdr.com,  mderosa13@ecf.epiqsystems.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 3

| Information to identify the case: | |
|---|---|
| Debtor 1  **Michael Krichevsky** | Social Security number or ITIN  **xxx–xx–7181** |
| First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)  First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _ |
| | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | Date case filed for chapter  **13**  **6/6/19** |
| Case number:  **1–19–43516–ess** | |

# NOTICE OF PROPOSED DISMISSAL

## NOTICE TO DEBTOR

**NOTICE IS HEREBY GIVEN THAT:**

Filing fee of $310.00 must be paid in order for the debtor to receive a discharge of debts.

There is a balance due of $305.00.

If the filing fee is not paid within ten (10) days of this notice of delinquency, a hearing to dismiss the petition will be scheduled.

Please enclose a money order payable to "CLERK, U.S. BANKRUPTCY COURT".

Dated: August 9, 2019

Robert A. Gavin, Jr., Clerk of Court

**blmich2–2**[Notice of Proposed Dismissal]