UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                                                      Chapter 13

MICHAEL KRICHEVSKY,                                       Case No. 19-43516-ess

                              Debtor.
-------------------------------------------------------------x

## ORDER DEEMING SCHEDULES AND STATEMENTS TIMELY AND CONVERTING THE CASE TO CHAPTER 11

WHEREAS, on June 6, 2019, Michael Krichevsky filed a petition for relief under Chapter 13 of the Bankruptcy Code; and

WHEREAS, the Debtor did not file Schedule A/B (Property) (Official Form 106A/B), Schedule C (The Property You Claim as Exempt) (Official Form 106C), Schedule D (Creditors Who Have Claims Secured By Property) (Official Form 106D), Schedule E/F (Creditors Who Have Unsecured Claims) (Official Form 106E/F), Schedule G (Executory Contracts and Unexpired Leases) (Official Form 106G), Schedule H (Your Codebtors) (Official Form 106H), Schedule I (Your Income) (Official Form 106I), Schedule J (Your Expenses) (Official Form 106J), Declaration About an Individual Debtor's Schedules (Official Form 106Dec), Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107), Chapter 13 Plan (Signed by the Debtor), Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C−1), Certificate of Credit Counseling or Motion Requesting Exemption or Waiver, or Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable (the "Schedules and Statements"); and

WHEREAS, pursuant to Bankruptcy Code Section 521(a)(1)(B) and Bankruptcy Rule 1007(c), the Debtor is required to file the Schedules and Statements within 14 days of the Petition Date; and

WHEREAS, on June 19, 2019, the Debtor filed a motion seeking an extension to file the Schedules and Statements and to convert this Chapter 13 case to one under Chapter 11 (the "Motion"); and

WHEREAS, on September 10, 2019, the Debtor filed his Schedules and Statements; and

WHEREAS, from time to time, and on September 10, 2019, the Court held hearings on the Motion, at which the Debtor appeared and was heard.

NOW, THEREFORE, it is hereby

ORDERED, that the Schedules and Statements are deemed timely; and it is further

ORDERED, that this case is converted from one under Chapter 13 to one under Chapter 11 pursuant to Bankruptcy Code Sections 1307(a) and 1307(g).



**Dated: Brooklyn, New York**
**October 4, 2019**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**

TO:

Michael Krichevsky
4221 Atlantic Ave
Brooklyn, NY 11224

Marianne DeRosa
Office of the Chapter 13 Trustee
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Alan Smikun, Esq.
165 Eileen Way
Syosset, New York 11791

Aleksandra K Fugate, Esq.
WOODS OVIATT GILMAN LLP
Attorneys for Secured Creditor
500 Bausch & Lomb Place
Rochester, NY 14604