UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

IN RE:                                           CHAPTER 11

    Michael Krichevsky,                      **NOTICE OF APPEARANCE**

                Debtor.         Case No.: 19-43516-ess

------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that Select Portfolio Servicing, Inc. as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR15, hereby appears in this action and the undersigned has been retained as attorneys and demands that you serve all papers in this action upon the undersigned at the address stated below.

Dated: Williamsville, New York
       October 22, 2019

                                         Frenkel, Lambert, Weiss, Weisman & Gordon, LLP

                                         By: /s/ Michelle C. Marans
                                         Michelle C. Marans, Esq.
                                         53 Gibson Street
                                         Bay Shore, New York 11706
                                         (631) 969-3100
                                         Our File No.:01-092846-B00

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE:                                                                               CASE NO.: 19-43516-ess

    Michael Krichevsky,                                                    CHAPTER 11

                                        Debtor.                                Judge: Elizabeth S. Stong
-----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

    I, Paul Styslowsky, do certify that on October 22, 2019, I electronically filed the within Notice of Appearance in the above titled case with the Clerk of the Bankruptcy Court using the CM/ECF system, I also further certify that I mailed the within Notice of Appearance to the Debtor AND United States Trustee in the above captioned case as follows:

Michael Krichevsky
4221 Atlantic Ave
Brooklyn, NY 11224

U.S. Trustee
Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014


                                                        S/ Paul Styslowsky
                                                        Paul Styslowsky