# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:  MICHAEL KRISHEVSKY                                                                              Case No.:  119-43516-ESS

　　　　Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marianne De Rosa, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1).  The trustee declares as follows:

1)  The case was filed on  06/06/2019.
2)  The plan was confirmed on  NA.
3)  The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on  NA.
4)  The trustee filed action to remedy default by the debtor in performance under the plan on  NA.
5)  The case was converted on  10/04/2019.
6)  Number of months from filing or conversion to last payment:  0.
7)  Number of months case was pending:  4.
8)  Total value of assets abandoned by court order:  NA.
9)  Total value of assets exempted:  38,345,252.22.
10)  Amount of unsecured claims discharged without full payment:  .00.
11)  All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor: | $.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $.00 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid Through The Plan: | $.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $.00 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $.00 |

Attorney fees paid and disclosed by debtor:                             $.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN HONDA FINANCE | Secured | NA | 20,063.06 | 20,063.06 | .00 | .00 |
| CONEY ISLAND HOSPITAL | Unsecured | 562.90 | NA | NA | .00 | .00 |
| CONSOLIDATED EDISON COMPANY | Unsecured | 250.00 | NA | NA | .00 | .00 |
| GW MECHANICAL CORP | Priority | 11,000.00 | NA | NA | .00 | .00 |
| LEON CONSTRUCTION CORP | Priority | 68,000.00 | NA | NA | .00 | .00 |
| LEON CONSTRUCTION CORP | Unsecured | 55,150.00 | NA | NA | .00 | .00 |
| MAGELLAN RX MEDICARE | Unsecured | 900.00 | NA | NA | .00 | .00 |
| MK 7 FUNDING, LLC | Priority | 300,000.00 | NA | NA | .00 | .00 |
| MK 7 FUNDING, LLC | Unsecured | 287,150.00 | NA | NA | .00 | .00 |
| NELLI FRID | Unsecured | 58,500.00 | NA | NA | .00 | .00 |
| NEW YORK STATE DEPT OF TAX AND | Secured | 166,471.70 | NA | NA | .00 | .00 |
| NYC PARKING VIOLATIONS BUREAU | Unsecured | 500.00 | NA | NA | .00 | .00 |
| NYS DEPT OF TAX & FINANCE | Secured | 71,592.54 | NA | NA | .00 | .00 |
| SEA GATE ASSOCIATION | Unsecured | 31,450.41 | NA | NA | .00 | .00 |
| SELECT PORTFOLIO SERVICING, INC. | Unsecured | NA | NA | NA | .00 | .00 |

0022-47-EPIEXX-00065819-84231
Case 1-19-43516-ess    Doc 33    Filed 11/04/19    Entered 11/04/19 10:52:14

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: MICHAEL KRISHEVSKY                                                         Case No.: 119-43516-ESS

Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| UNITED STATES DEPT OF TREASURY | Secured | 150,000.00 | NA | NA | .00 | .00 |
| US BANK NATIONAL | Secured | NA | 512,924.33 | 512,924.33 | .00 | .00 |
| US BANK NATIONAL ASSOC | Secured | NA | 336,296.18 | 336,296.18 | .00 | .00 |
| WELLS FARGO BANK, N.A. | Unsecured | NA | NA | NA | .00 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | 849,220.51 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 20,063.06 | .00 | .00 |
| **TOTAL SECURED:** | 869,283.57 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | .00 | .00 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $.00 |
| Disbursements to Creditors: | $.00 |
| **TOTAL DISBURSEMENTS:** | $.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:   10/31/2019                              By:   /s/Marianne De Rosa

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.