**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | **NOTICE OF MOTION** |
| **MICHAEL KRICHEVSKY** | Case No. 1-19-43516-ess<br>Chapter 11 |
| **Debtor.** | |

**PLEASE TAKE NOTICE** that upon the annexed Application of Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F ("Secured Creditor"), a secured creditor of Michael Krichevsky ("Debtor"), by the undersigned will move this Court at the United States Bankruptcy Court, Conrad B Duberstein US Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201-1800 on May 1, 2020 at 9:30AM, or as soon thereafter as Counsel may be heard, for an Order pursuant to Bankruptcy Rule 4001(a)(3) and 11 U.S.C §362(d), granting Secured Creditor, as mortgagee of the Debtor`s property located at 4221 Atlantic Avenue, Brooklyn, NY 11224, relief from the automatic stay for the purpose of foreclosing its Mortgage, for an Order waving Bankruptcy Rule 4001(a)(3) and for such other and further relief as the Court deems just and proper.

**PURSUANT TO LOCAL BANKRUPTCY RULE 9006-1(a), ANY ANSWERING PAPERS ARE TO BE SERVED SO AS TO BE RECEIVED BY THE SECURED CREDITOR'S COUNSEL NO LATER THAN SEVEN (7) DAYS PRIOR TO THE HEARING DATE.**

DATED: _March 16, 2020_
Rochester, New York            _/s/ Brittany J. Maxon, Esq._
                    WOODS OVIATT GILMAN LLP
                    Brittany J. Maxon, Esq.
                    Attorneys for Secured Creditor
                    500 Bausch & Lomb Place
                    Rochester, NY 14604
                    Telephone: 855-227-5072

100400-4

TO:

Michael Krichevsky
4221 Atlantic Ave
Brooklyn, NY 11224

Marianne DeRosa
Office of the Chapter 11 Trustee
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753

Office of the U.S. Trustee - Eastern Brooklyn
Office of the United States Trustee
US Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014

Michelle C. Marans
Attorney for Select Portfolio Servicing, Inc. as servicer for U.S. Bank in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass-T
Frenkel Lambert Weiss Weisman & Gordon, LLP
20 Lawrence Bell Drive
Williamsville, NY 14221

Josh Russell
Attorney for New York State Department of Taxation and Finance
NYS Dept of Tax and Finance
250 Veterans Memorial Hwy
Hauppauge, NY 11788

Alan Smikun
Attorney for Select Portfolio Servicing, Inc., as Servicer Agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage
The Margolin and Weinreb Law Group
165 Eileen Way
Syosset, NY 11791

Court
271 Cadman Plaza East
Brooklyn, NY 11201

100400-4