# Exhibit B

**EXHIBIT B**

| | Contractual Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Suspense Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | $0.00 |
| | 7/1/2010 | $4,380.31 | | | | | |
| | 8/1/2010 | $4,380.31 | | | | | |
| | 9/1/2010 | $4,380.31 | | | | | |
| | 10/1/2010 | $4,380.31 | | | | | |
| | 11/1/2010 | $4,380.31 | | | | | |
| | 12/1/2010 | $4,380.31 | | | | | |
| | 1/1/2011 | $4,380.31 | | | | | |
| | 2/1/2011 | $3,876.92 | | | | | |
| | 3/1/2011 | $3,876.92 | | | | | |
| | 4/1/2011 | $3,876.92 | | | | | |
| | 5/1/2011 | $3,876.92 | | | | | |
| | 6/1/2011 | $3,876.92 | | | | | |
| | 7/1/2011 | $3,876.92 | | | | | |
| | 8/1/2011 | $3,876.92 | | | | | |
| | 9/1/2011 | $3,876.92 | | | | | |
| | 10/1/2011 | $3,876.92 | | | | | |
| | 11/1/2011 | $3,876.92 | | | | | |
| | 12/1/2011 | $3,876.92 | | | | | |
| | 1/1/2012 | $3,876.92 | | | | | |
| | 2/1/2012 | $3,971.32 | | | | | |
| | 3/1/2012 | $3,971.32 | | | | | |
| | 4/1/2012 | $3,971.32 | | | | | |
| | 5/1/2012 | $3,971.32 | | | | | |
| | 6/1/2012 | $3,971.32 | | | | | |
| | 7/1/2012 | $3,971.32 | | | | | |
| | 8/1/2012 | $3,971.32 | | | | | |
| | 9/1/2012 | $3,971.32 | | | | | |
| | 10/1/2012 | $3,971.32 | | | | | |
| | 11/1/2012 | $3,971.32 | | | | | |
| | 12/1/2012 | $3,971.32 | | | | | |
| | 1/1/2013 | $3,971.32 | | | | | |
| | 2/1/2013 | $3,925.63 | | | | | |
| | 3/1/2013 | $3,925.63 | | | | | |
| | 4/1/2013 | $3,925.63 | | | | | |
| | 5/1/2013 | $3,925.63 | | | | | |
| | 6/1/2013 | $3,925.63 | | | | | |

**EXHIBIT B**

| | Contractual Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Suspense Balance |
|---|---|---|---|---|---|---|---|
| | 7/1/2013 | $3,925.63 | | | | | |
| | 8/1/2013 | $3,925.63 | | | | | |
| | 9/1/2013 | $3,925.63 | | | | | |
| | 10/1/2013 | $3,925.63 | | | | | |
| | 11/1/2013 | $3,925.63 | | | | | |
| | 12/1/2013 | $3,925.63 | | | | | |
| | 1/1/2014 | $3,925.63 | | | | | |
| | 2/1/2014 | $3,838.65 | | | | | |
| | 3/1/2014 | $3,838.65 | | | | | |
| | 4/1/2014 | $3,838.65 | | | | | |
| | 5/1/2014 | $3,838.65 | | | | | |
| | 6/1/2014 | $3,838.65 | | | | | |
| | 7/1/2014 | $3,838.65 | | | | | |
| | 8/1/2014 | $3,838.65 | | | | | |
| | 9/1/2014 | $3,838.65 | | | | | |
| | 10/1/2014 | $3,838.65 | | | | | |
| | 11/1/2014 | $3,838.65 | | | | | |
| | 12/1/2014 | $3,838.65 | | | | | |
| | 1/1/2015 | $3,838.65 | | | | | |
| | 2/1/2015 | $3,838.65 | | | | | |
| | 3/1/2015 | $3,838.65 | | | | | |
| | 4/1/2015 | $3,838.65 | | | | | |
| | 5/1/2015 | $3,838.65 | | | | | |
| | 6/1/2015 | $3,838.65 | | | | | |
| | 7/1/2015 | $3,838.65 | | | | | |
| | 8/1/2015 | $3,838.65 | | | | | |
| | 9/1/2015 | $3,838.65 | | | | | |
| | 10/1/2015 | $3,838.65 | | | | | |
| | 11/1/2015 | $3,838.65 | | | | | |
| | 12/1/2015 | $3,838.65 | | | | | |
| | 1/1/2016 | $3,838.65 | | | | | |
| | 2/1/2016 | $4,451.72 | | | | | |
| | 3/1/2016 | $4,451.72 | | | | | |
| | 4/1/2016 | $4,451.72 | | | | | |
| | 5/1/2016 | $4,451.72 | | | | | |
| | 6/1/2016 | $4,451.72 | | | | | |
| | 7/1/2016 | $4,451.72 | | | | | |

**EXHIBIT B**

| | Contractual Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Suspense Balance |
|---|---|---|---|---|---|---|---|
| | 8/1/2016 | $4,451.72 | | | | | |
| | 9/1/2016 | $4,451.72 | | | | | |
| | 10/1/2016 | $4,451.72 | | | | | |
| | 11/1/2016 | $4,476.89 | | | | | |
| | 12/1/2016 | $4,476.89 | | | | | |
| | 1/1/2017 | $4,476.89 | | | | | |
| | 2/1/2017 | $4,711.82 | | | | | |
| | 3/1/2017 | $4,711.82 | | | | | |
| | 4/1/2017 | $4,711.82 | | | | | |
| | 5/1/2017 | $4,711.82 | | | | | |
| | 6/1/2017 | $4,711.82 | | | | | |
| | 7/1/2017 | $4,711.82 | | | | | |
| | 8/1/2017 | $4,711.82 | | | | | |
| | 9/1/2017 | $4,711.82 | | | | | |
| | 10/1/2017 | $4,711.82 | | | | | |
| | 11/1/2017 | $4,698.72 | | | | | |
| | 12/1/2017 | $4,698.72 | | | | | |
| | 1/1/2018 | $4,698.72 | | | | | |
| | 2/1/2018 | $4,775.27 | | | | | |
| | 3/1/2018 | $4,775.27 | | | | | |
| | 4/1/2018 | $4,775.27 | | | | | |
| | 5/1/2018 | $4,775.27 | | | | | |
| | 6/1/2018 | $4,775.27 | | | | | |
| | 7/1/2018 | $4,775.27 | | | | | |
| | 8/1/2018 | $4,775.27 | | | | | |
| | 9/1/2018 | $4,775.27 | | | | | |
| | 10/1/2018 | $4,775.27 | | | | | |
| | 11/1/2018 | $4,769.05 | | | | | |
| | 12/1/2018 | $4,769.05 | | | | | |
| | 1/1/2019 | $4,769.05 | | | | | |
| | 2/1/2019 | $5,145.33 | | | | | |
| | 3/1/2019 | $5,145.33 | | | | | |
| | 4/1/2019 | $5,145.33 | | | | | |
| | 5/1/2019 | $5,145.33 | | | | | |
| | 6/1/2019 | $5,145.33 | | | | | |
| | 7/1/2019 | $5,170.58 | | | | | |
| | 8/1/2019 | $5,170.58 | | | | | |

**EXHIBIT B**

| | Contractual Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Suspense Balance |
|---|---|---|---|---|---|---|---|
| | 9/1/2019 | $5,170.58 | | | | | |
| | 10/1/2019 | $5,170.58 | | | | | |
| | 11/1/2019 | $5,170.58 | | | | | |
| | 12/1/2019 | $5,170.58 | | | | | |
| | 1/1/2020 | $5,170.58 | | | | | |
| | 2/1/2020 | $4,847.39 | | | | | |
| | 3/1/2020 | $4,847.39 | | | | | |
| Totals | | $502,974.97 | | $0.00 | | $0.00 | $0.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |