# Exhibit E

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | |
| **MICHAEL KRICHEVSKY** | **ORDER** |
| | **CASE #: 1-19-43516-ess** |
| **Debtor(s).** | **CHAPTER 11** |

**ORDER PURSUANT TO 11 U.S.C. § 362(D) TERMINATING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. §362(a)**

Upon the motion dated March 17, 2020 of Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F ("Secured Creditor") for an order pursuant to section 362(d) of title 11 of the United States Code ("Bankruptcy Code") vacating the automatic stay to allow the Secured Creditor enforcement of its rights in and remedies in and to 4221 Atlantic Avenue, Brooklyn, NY 11224 (the "Property"). This Court, having considered the evidence presented an the arguments of the parties and with good cause appearing therefor; it is hereby

**ORDERED** that the automatic stay is hereby lifted and vacated to permit Secured Creditor to foreclose its mortgage on the property located at 4221 Atlantic Avenue, Brooklyn, NY 11224; and it is further

**ORDERED** that the 14 day stay imposed by the Federal Rules of Bankruptcy Procedure 4001(a) (3) is hereby waived.

100400-4