UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

MICHAEL KRICHEVSKY

                Debtor.

AFFIDAVIT OF MAILING

Case No. 1-19-43516-ess
Chapter 11

STATE OF NEW YORK    )
COUNTY OF MONROE  ) SS:

I, Maggie Menna, being duly sworn, deposes and says:

I am not a party to this action and am over 18 years of age.

I caused the foregoing Motion for Relief from Stay including all attachments to be served on or before March 17, 2020 via filing with the US Bankruptcy Court's CM ECF system and/or by mailing or providing a copy of this document to a vendor for mailing: by U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Michael Krichevsky
4221 Atlantic Ave
Brooklyn, NY 11224

Marianne DeRosa
Office of the Chapter 11 Trustee
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753

Office of the United States Trustee
US Federal Office Building
201 Varick Street
Suite 1006
New York, NY 10014

Court
271 Cadman Plaza East
Brooklyn, NY 11201

Michelle C. Marans
Attorney for Select Portfolio Servicing, Inc.
Frenkel Lambert Weiss Weisman & Gordon, LLP
20 Lawrence Bell Drive
Williamsville, NY 14221

Josh Russell
Attorney for New York State Department of Taxation and Finance
NYS Dept of Tax and Finance
250 Veterans Memorial Hwy
Hauppauge, NY 11788

Alan Smikun
Attorney for Select Portfolio Servicing, Inc.
The Margolin and Weinreb Law Group
165 Eileen Way
Syosset, NY 11791

                                             _Maggie Menna_
                                             Clerk

Sworn to before me this
17th day of March 2020

_Christine N. Bobowski_
Notary Public



100400-4