

*500 Bausch & Lomb Place*
*Rochester, NY 14604*

P 855-227-5072  F 585-454-0302
bkinbox@woodsdefaultservices.com

April 27, 2020

Honorable Elizabeth S. Stong
Conrad B Duberstein US Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

**Re:**  Michael Krichevsky
**BK Case Number:** 1-19-43516-ess
**Property:**  4221 Atlantic Avenue, Brooklyn, NY 11224

Dear Honorable Judge Stong:

    The Secured Creditor, Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F hereby requests an adjournment upon consent of all parties of the Motion for Relief from Stay, scheduled to be heard on May 1, 2020 at 9:30AM, to an adjourned date of May 22, 2020 at 10:30AM.

    If you have any further questions, please feel free to contact me.

Very truly yours,

WOODS OVIATT GILMAN LLP

*/s/ Brittany J. Maxon, Esq.*

Brittany J. Maxon, Esq.

BJM/kph

100400-4