

**U.S. Department of Justice**
Office of the United States Trustee
*Eastern District of New York*

---

*201 Varick Street*      *(212) 510-0500*
*Suite 1006*      *Fax: (212) 668-2255*
*New York, New York 10014*

**April 29, 2020**

Honorable Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

**Re:    Telephonic Appearances on April 30, 2020**

Honorable Judge Stong:

    The United States Trustee respectfully submits this letter to confirm telephonic appearances at the following cases that will be heard by the Court on April 30, 2020:

(1)      *In re 1568A Prospect Place, Inc.,* 19-47298 (ESS);
(2)      *In re LW Retail Associates, LLC,* 17-45189 (ESS);
(3)      *In re NYS Energy Audits, Inc.,* 18-42865 (ESS);
*(4)*      *In re Polonia Development AND Preservation Services Co., LLC,* 18-45438 (ESS);
*(5)*      *In re Mikhail Shtotland and Rita Reyzina,* 18-43518 (ESS);
*(6)*      *In re Yzik Gadayev and Zoya Gadayev,* 18-45612 (ESS);
*(7)*      *In re 7202, LLC,* 18-46619 (ESS);
*(8)*      *In re Kevin Kerveng Tung, P.C.,* 19-43315 (ESS);
(9)      *In re Michael Krichevsky,* 19-43516 (ESS);
*(10)*      *In re The Robert Group LLC,* 20-40138 (ESS);
(11)      *In re 2356 101, LLC,* 20-40440 (ESS);
*(12)*      *In re 28 BSJ LLC,* 20-40992 (ESS);
*(13)*      *In re 400 West 23rd Street Restaurant Corp., 20-*41379 (ESS); and
*(14)*      *In re 2178 Atlantic Ave HDFC,* 19-47297 (ESS);

Honorable Elizabeth S. Stong
April 29, 2020
Page 2

The information regarding counsel appearing for the United States Trustee is provided below:

| Attorney | Party Represented | E-Mail Address |
|---|---|---|
| **Rachel Wolf, Esq.** | **United States Trustee** | **Rachel.Wolf@usdoj.gov** |

Thank you for your consideration of this letter.

        Respectfully yours,

        WILLIAM K. HARRINGTON,
        UNITED STATES TRUSTEE, REGION 2

By:    */s/ Rachel Wolf*
        Rachel Wolf
        Trial Attorney