

**BANKRUPTCY DEPT.**
53 GIBSON STREET
BAY SHORE, NY 11706
TEL: (631) 969-3100
FAX: (631) 982-1459

April 29, 2020

Hon. Elizabeth S. Stong
United States Bankruptcy Court
Eastern District of New York
Conrad B. Duberstein U.S. Courthouse
271-C Cadman Plaza East
Brooklyn, NY 11201-1800

Re:    Krichevsky, Michael
       Chapter 11 Case No: 19-43516-ess
       Our File No.: 01-092846-B00

Dear Judge Stong:

My office represents Select Portfolio Servicing, Inc. as servicer for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR15.

My office intends to appear at the Case conference on April 30, 2020 which the U.S. Trustee has confirmed is going forward. The information regarding appearing counsel from Frenkel Lambert is:

Karen Sheehan, Esq.        Representing Select Portfolio Servicing, Inc. as servicer for U.S. Bank N.A., successor trustee to
ksheehan@flwlaw.com        Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the holders of the
                           WaMu Mortgage Pass-Through Certificates, Series 2005-AR15.

Should the Court or any party have any questions, please do not hesitate to contact me.

Very truly yours,
Frenkel Lambert Weiss Weisman & Gordon, LLP

By:    /s/ Michelle C. Marans
       Michelle Marans, Esq.
       Counsel for Creditor

ONE WHITEHALL STREET, 20TH FL. ● NEW YORK, NY 10004 ● TEL: (212) 344-3100
80 MAIN STREET, SUITE 460 ● WEST ORANGE, NJ 07052 ● TEL: (973) 325-8800
ONE EAST BROWARD BLVD. SUITE 1430 ● FT. LAUDERDALE, FL 33301 ● TEL: (954) 522-3233

WWW.FLWLAW.COM