

**BANKRUPTCY DEPT.**
53 GIBSON STREET
BAY SHORE, NY 11706
TEL: (631) 969-3100
FAX: (631) 982-1459

May 19, 2020

Honorable Elizabeth S. Stong
U.S. Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Re: Krichevsky, Michael
     Chapter 11 Case No: 19-43516-ess
     Our File No.: 01-092846-B00

Dear Judge Stong:

This firm represents Select Portfolio Servicing, Inc. as servicer for U.S. Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR15, a secured creditor regarding the above-referenced loss mitigation matter.

My office intends to appear at the status conference on May 22, 2020. The information regarding appearing counsel from Frenkel Lambert is:

| Appearing Counsel | Representing | Email |
|---|---|---|
| Michelle C. Marans Esq. | Select Portfolio Servicing, Inc. as servicer for U.S Bank N.A., successor trustee to Bank of America, N.A., successor in interest to LaSalle Bank N.A., on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR15 | mmarans@flwlaw.com |

Should the Court or any party have any questions, please do not hesitate to contact me.

Sincerely,
Frenkel Lambert Weiss Weisman & Gordon, LLP

By:   /s/ Michelle C. Marans
     Michelle C. Marans, Esq.