```
                              United States Bankruptcy Court
                               Eastern District of New York
In re:                                                                                  Case No. 19-43516-ess
Michael Krichevsky                                                                      Chapter 11
        Debtor
                                        CERTIFICATE OF NOTICE
District/off: 0207-1           User: jlecky                 Page 1 of 1                  Date Rcvd: May 21, 2020
                               Form ID: pdf000              Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
db             +Michael Krichevsky,    4221 Atlantic Ave,    Brooklyn, NY 11224-1023

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2020 at the address(es) listed below:
              Alan  Smikun    on behalf of Creditor    Select Portfolio Servicing, Inc., as Servicer Agent for
               U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA,
               on behalf of the holders of the WaMu Mortgage alansm@nyfclaw.com,  amelia@nyfclaw.com
              Aleksandra Krasimirova Fugate    on behalf of Creditor    Wells Fargo Bank, N.A. as servicing agent
               for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage
               Pass-Through Certificates, Series 2006-F afugate@woodsdefaultservices.com,
               bkinbox@woodsdefaultservices.com
              Brittany J Maxon    on behalf of Creditor    Wells Fargo Bank, N.A. as servicing agent for U.S.
               Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage
               Pass-Through Certificates, Series 2006-F bmaxon@woodsdefaultservices.com,
               bkinbox@woodsdefaultservices.com
              Josh  Russell    on behalf of Creditor    New York State Department of Taxation and Finance
               josh.russell@tax.ny.gov
              Marianne  DeRosa    on behalf of Trustee Marianne  DeRosa Derosa@ch13mdr.com,
               mderosa13@ecf.epiqsystems.com
              Michelle C Marans    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
               U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA,
               on behalf of the holders of the WaMu Mortgage Pass-T MMarans@flwlaw.com,  jspiegelman@flwlaw.com
              Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re                                                                                          Chapter 11

MICHAEL KRICHEVSKY,                                              Case No. 19-43516-ess

                            Debtor.
-------------------------------------------------------------x

## ORDER ADJOURNING THE CONTINUED CASE MANAGEMENT CONFERENCE MOTION FOR STAY RELIEF AND MOTION TO STRIKE

WHEREAS, on June 6, 2019, Michael Krichevsky filed a petition for relief under Chapter 13 of the Bankruptcy Code; and

WHEREAS, on October 4, 2019, the Court entered an order converting this case to one under Chapter 11 of the Bankruptcy Code; and

WHEREAS, from time to time and on March 12, 2020, the Court held case management conferences, at which the Debtor appeared and was heard; and

WHEREAS, on March 17, 2020, Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F ("Wells Fargo") filed a motion for relief from the automatic stay in connection with the property located at 4221 Atlantic Avenue, Brooklyn, NY 11224 (the "Stay Relief Motion"); and

WHEREAS, on April 27, 2020, Wells Fargo filed a letter requesting an adjournment of the hearing for the Stay Relief Motion on consent of the parties to May 22, 2020; and

WHEREAS, on May 18, 2020, the Debtor filed a letter stating that the May 22, 2020 hearing date was "wrongfully scheduled" and requesting an adjournment to a later date; and

WHEREAS, on May 19, 2020, the Debtor filed a cross motion to strike and dismiss the proof of claim filed by Wells Fargo, scheduled to be heard May 22, 2020 (the "Motion to Strike").

NOW, THEREFORE, it is hereby

ORDERED, that the Court will hold a continued case management conference on June 12, 2020, at 10:00 a.m., before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, NY 11201; and it is further

ORDERED, that the Court will hold a hearing on the Stay Relief Motion on June 12, 2020, at 10:00 a.m., before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, NY 11201; and it is further

ORDERED, that the Court will hold a hearing on the Motion to Strike on June 12, 2020, at 10:00 a.m., before the Honorable Elizabeth S. Stong, in Courtroom 3585, United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, NY 11201

**Dated: Brooklyn, New York**
**May 21, 2020**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**