**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

**In re:**

**MICHAEL KRICHEVSKY**

**CERTIFICATE OF SERVICE**

**Case No. 1-19-43516-ess**
**Chapter 11**

**Debtor.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 5, 2020, I caused the foregoing Response, including all attachments, to be electronically filed with the Clerk of Court by using the CM/ECF system, and provided a true correct copy of said document including all attachments to a vendor for mailing by U.S. Postal Service First Class Main Postage Prepaid or FedEx to the following parties:

Michael Krichevsky
4221 Atlantic Ave
Brooklyn, NY 11224

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006

*/s/ Kevin P. Hoenig*

Kevin P. Hoenig
Bankruptcy Clerk