In the United States Bankruptcy Court
Eastern District of New York

In the Matter of:            )        Chapter 11 Case No. 19-43516-ess
Michael Krichevsky           )
        Debtor In Posession.  )
_____  )

OBJECTION TO MAY 21, 2020 ORDER OF JUDGE ELISABETH S. STONG ADJOURNING MOTION FOR STAY RELIEF AND MOTION TO STRIKE HEARING FROM MAY 22, 2020 TO JUNE 12, 2020 AND MOTION TO SET THE RECORD STRAIGHT

I, Michael Krichevsky, DIP, self-governing man in opposition to proof of claim, motion for stay relief and order adjourning hearing to June 12, 2020, move the court and aver as follows:

1. The reason I object to this order is twofold. First, it contains inaccurate and false findings of facts, which Judge Elizabeth s. Stong should correct for future references to the court record and for likely appeal by any party. Second, as I explained in my letter-motion (Exhibit A) requesting adjournment, I have computer equipment failure, and therefore cannot continue to defend myself from frivolous motion practice by opposing attorneys. I explained that due to CIVID-19 lockdown of New York City, 6 feet social distancing order, etc. I am unable to invite in my home computer technician to fix the problem. Therefore, I requested to set the longest possible adjournment date so that when New York City reopens and the problem is fixed, I will do my necessary paperwork. Meanwhile, I was going to do amendment of my Chapter 11 petition schedules, motion to set bar date, work with IRS on solving my business and trust paperwork, technicalities, etc. – the tasks that would be *technically* possible for me to do as DIP regardless of my computer problems. As it stands right now, attorney Maxon forced me to stop doing these tasks and turn all my time, energy and attention toward her frivolous motion practice.

2. However, am looking forward to continuing case management conference.

3. Therefore, I move this Honorable Court to Set the Record Straight pursuant to my proposed amended order attached below.

Dated: Brooklyn, New York
      May 22, 2020

/s/ Michael Krichevsky
Michael Krichevsky, DIP
4221 Atlantic Ave
Brooklyn, New York 11224
(718) 687-2300

*The Court will consider the Debtor's request to amend the May 21, 2020 Scheduling Order and to adjourn Wells Fargo's Stay Relief Motion and the Debtor's Motion to Strike to another date at the June 12, 2020 continued case management conference.*

**IT IS SO ORDERED:**



Dated: Brooklyn, New York
June 8, 2020

Elizabeth S. Stong
United States Bankruptcy Judge