# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: sjackson | Date Created: 6/9/2020 |
| Case: 1−19−43516−ess | Form ID: pdf000 | Total: 10 |

**Recipients of Notice of Electronic Filing:**
ust      Office of the United States Trustee      USTPRegion02.BR.ECF@usdoj.gov
aty      Alan Smikun      alansm@nyfclaw.com
aty      Aleksandra Krasimirova Fugate      afugate@woodsdefaultservices.com
aty      Brittany J Maxon      bmaxon@woodsdefaultservices.com
aty      Josh Russell      josh.russell@tax.ny.gov
aty      Michelle C Marans      MMarans@flwlaw.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Michael Krichevsky      4221 Atlantic Ave      Brooklyn, NY 11224
cr      Select Portfolio Servicing, Inc., as Servicer Agent for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage      c/o The Margolin & Weinreb Law Group LLP      165 Eileen Way − Suite 101      Syosset, NY 11791
cr      Wells Fargo Bank, N.A. as servicing agent for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass−Through Certificates, Series 2006−F      Woods Oviatt Gilman, LLP      500 Bausch & Lomb Place      Rochester, NY 14604
cr      Select Portfolio Servicing, Inc. as servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass−T      c/o Frenkel Lambert et al.      53 Gibson Street      Bay Shore, NY 11706

TOTAL: 4