```
                            United States Bankruptcy Court
                            Eastern District of New York
In re:                                                               Case No. 19-43516-ess
Michael Krichevsky                                                   Chapter 11
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0207-1         User: sjackson             Page 1 of 1          Date Rcvd: Jun 09, 2020
                             Form ID: pdf000            Total Noticed: 4


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2020.
db             +Michael Krichevsky,    4221 Atlantic Ave,    Brooklyn, NY 11224-1023
cr             +Select Portfolio Servicing, Inc. as servicer for,     c/o Frenkel Lambert et al.,
                 53 Gibson Street,    Bay Shore, NY 11706-8369
cr             +Select Portfolio Servicing, Inc., as Servicer Agen,     c/o The Margolin & Weinreb Law Group LLP,
                 165 Eileen Way - Suite 101,    Syosset, NY 11791-5324
cr             +Wells Fargo Bank, N.A. as servicing agent for U.S.,     Woods Oviatt Gilman, LLP,
                 500 Bausch & Lomb Place,    Rochester, NY 14604-2715

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2020 at the address(es) listed below:
              Alan  Smikun    on behalf of Creditor    Select Portfolio Servicing, Inc., as Servicer Agent for
               U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA,
               on behalf of the holders of the WaMu Mortgage alansm@nyfclaw.com,    amelia@nyfclaw.com
              Aleksandra Krasimirova Fugate    on behalf of Creditor    Wells Fargo Bank, N.A. as servicing agent
               for U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage
               Pass-Through Certificates, Series 2006-F afugate@woodsdefaultservices.com,
               bkinbox@woodsdefaultservices.com
              Brittany J Maxon    on behalf of Creditor    Wells Fargo Bank, N.A. as servicing agent for U.S.
               Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage
               Pass-Through Certificates, Series 2006-F bmaxon@woodsdefaultservices.com,
               bkinbox@woodsdefaultservices.com
              Josh  Russell    on behalf of Creditor    New York State Department of Taxation and Finance
               josh.russell@tax.ny.gov
              Marianne DeRosa    on behalf of Trustee Marianne  DeRosa Derosa@ch13mdr.com,
               mderosa13@ecf.epiqsystems.com
              Michelle C Marans    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
               U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA,
               on behalf of the holders of the WaMu Mortgage Pass-T MMarans@flwlaw.com,    jspiegelman@flwlaw.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

In the United States Bankruptcy Court
Eastern District of New York

In the Matter of:              )        Chapter 11 Case No. 19-43516-ess
Michael Krichevsky             )
    Debtor In Posession.      )
_____)

OBJECTION TO MAY 21, 2020 ORDER OF JUDGE ELISABETH S. STONG ADJOURNING MOTION FOR STAY RELIEF AND MOTION TO STRIKE HEARING FROM MAY 22, 2020 TO JUNE 12, 2020 AND MOTION TO SET THE RECORD STRAIGHT

I, Michael Krichevsky, DIP, self-governing man in opposition to proof of claim, motion for stay relief and order adjourning hearing to June 12, 2020, move the court and aver as follows:

1.    The reason I object to this order is twofold. First, it contains inaccurate and false findings of facts, which Judge Elizabeth s. Stong should correct for future references to the court record and for likely appeal by any party. Second, as I explained in my letter-motion (Exhibit A) requesting adjournment, I have computer equipment failure, and therefore cannot continue to defend myself from frivolous motion practice by opposing attorneys. I explained that due to CIVID-19 lockdown of New York City, 6 feet social distancing order, etc. I am unable to invite in my home computer technician to fix the problem. Therefore, I requested to set the longest possible adjournment date so that when New York City reopens and the problem is fixed, I will do my necessary paperwork. Meanwhile, I was going to do amendment of my Chapter 11 petition schedules, motion to set bar date, work with IRS on solving my business and trust paperwork, technicalities, etc. – the tasks that would be *technically* possible for me to do as DIP regardless of my computer problems. As it stands right now, attorney Maxon forced me to stop doing these tasks and turn all my time, energy and attention toward her frivolous motion practice.

2.    However, am looking forward to continuing case management conference.

3.     Therefore, I move this Honorable Court to Set the Record Straight pursuant to my proposed amended order attached below.

Dated: Brooklyn, New York
May 22, 2020

/s/ Michael Krichevsky
Michael Krichevsky, DIP
4221 Atlantic Ave
Brooklyn, New York 11224
(718) 687-2300

*The Court will consider the Debtor's request to amend the May 21, 2020 Scheduling Order and to adjourn Wells Fargo's Stay Relief Motion and the Debtor's Motion to Strike to another date at the June 12, 2020 continued case management conference.*

**IT IS SO ORDERED:**



Dated: Brooklyn, New York
June 8, 2020

_____
Elizabeth S. Stong
United States Bankruptcy Judge