Natsayi Mawere
REED SMITH LLP
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 251-5400
Facsimile: (212) 521-5450
Email: nmawere@reedsmith.com

*Co-counsel for Secured Creditor U.S. Bank National Association,
as Trustee for Banc of America Funding Corporation
Mortgage Pass-Through Certificates, Series 2006-F,
through its servicer Wells Fargo Bank, N.A.*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:

                                                Case No. 1-19-43516-ess

MICHAEL KRICHEVSKY

                      Debtor.
--------------------------------------------------------X

**DECLARATION OF NATSAYI MAWERE IN OPPOSITION TO DEBTOR'S
AMENDED CROSS-MOTION TO STRIKE AND DISMISS WITH PREJUDICE
<u>CHAPTER 11 PROOF OF CLAIM</u>**

Natsayi Mawere, being duly sworn, declares under penalty of perjury as follows:

1. I am an attorney at law admitted to practice before this Court and am an attorney with the law firm of Reed Smith LLP, counsel to Secured Creditor U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F ("U.S. Bank"), through its servicer Wells Fargo Bank, N.A.

2. I submit this declaration in support of U.S. Bank's opposition to Debtor Michael Krichevsky's amended cross-motion motion to strike the claim held by U.S. Bank for the premises commonly known as 4221 Atlantic Avenue, Brooklyn, NY 11224, and in further support of U.S. Bank's application for relief from the automatic stay.

\

3. Attached as Exhibit 1 is a copy of the summons and complaint in the foreclosure action filed on April 18, 2016 in the Supreme Court of the State of New York, County of Kings, titled "U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage Pass-Through Certificates, Series 2006-F", under index number 506127/2016 (the "Foreclosure Action").

4. Attached as Exhibit 2 is a copy of the answer in the Foreclosure Action, sworn to on March 8, 2017, and filed on March 9, 2017.

5. Attached as Exhibit 3 is a copy of the notice of rejection of the answer in the Foreclosure Action, dated March 17, 2017, with an affidavit of service by mail, dated March 20, 2017.

6. Attached as Exhibit 4 is a copy of the decision and order and long form order of reference granting U.S. Bank's motion for summary judgment and an order of reference, dated October 12, 2018, and entered on October 25, 2018.

7. Attached as Exhibit 5 is a copy of a letter dated June 10, 2019, sent by Woods Oviatt Gilman, LLP, U.S. Bank's counsel in the Foreclosure Action advising the Supreme Court of Mr. Krichevsky's bankruptcy and withdrawing U.S. Bank's motion for judgment of foreclosure and sale.

8. Attached as Exhibit 6 is a copy of Debtor's Motion for an Order to Vacate and Set Aside the Order Pursuant to 11 U.S.C. § 362(D) Terminating the Automatic Stay Imposed by 11 U.S.C. § 362(a), dated June 16, 2020, and filed on July 15, 2020, in Debtor's bankruptcy appeal under Civil Docket No. 1:20-cv-02343-RRM.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: November 13, 2020

                                                 */s/ Natsayi Mawere*_____
                                                 Natsayi Mawere