# Exhibit 5



500 Bausch & Lomb Place
Rochester, New York 14604

P 855.227.5072   F 585.454.0302

**ATTORNEYS**
woodsdefaultservices.com

Default Service Direct Dial: 855-227-5072
Default Service Fax Number: 585-454-3968
Email: bhartsaxton@woodsdefaultservices.com

June 10, 2019

VIA MAIL
Hon. Noach Dear
Kings County Supreme Court
360 Adams Street Room 189
Brooklyn, NY 11201

Re:       U.S. Bank National Association, etc. v. Michael Krichevsky, et al.
Index No:   506127/2016

Dear Hon. Noach Dear,

On January 24, 2019, our office submitted a Judgment of Foreclosure and Sale returnable July 15, 2019. Since that time, the Defendant has filed for Bankruptcy and the Plaintiff has halted all foreclosure action. At this time, Plaintiff respectfully requests that the pending motion be withdrawn, without prejudice.

Enclosed is a postage-paid envelope. We request that you return all original motion documents to our office.

Thank you for your time and consideration.

Very truly yours,
WOODS OVIATT GILMAN LLP

Brettanie L. Hart Saxton, Esq.
Attorney for Plaintiff

BLS/cnw

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt.
{not of withdrawal pl: }201602960Any information obtained by them may be used for that purpose.

cc:

Michael Krichevsky
4221 Atlantic Avenue, 2nd Floor, a/k/a 4219-4221 Atlantic Avenue
Brooklyn, NY 11224

Michael Krichevsky
120 Oceana Drive W, Apt 5D
Brooklyn, NY 11235

New York State Department of Taxation and Finance
300 Motor Parkway
Hauppauge, NY 11788

Beth P. Schwartz, Esq.
Assistant United States Attorney
*Attorneys for Defendant United States of America by the Internal Revenue Service*
271 Cadman Plaza East
Brooklyn, NY 11201

City of New York Parking Violations Bureau
100 Church Street, 4th Floor
New York, NY 10007

Jane Doe
4221 Atlantic Avenue, 2nd Floor, a/k/a 4219-4221 Atlantic Avenue
Brooklyn, NY 11224

Maria Tomkevych
4221 Atlantic Avenue, 1st Floor, a/k/a 4219-4221 Atlantic Avenue
Brooklyn, NY 11224

Re: Notice of Withdrawal for a Motion to Confirm Referee Report and for a Judgment of Foreclosure and Sale
Kings County Supreme Court – Index # 506127/2016
U.S. Bank National Association, etc. v. Michael Krichevsky, et al.

STATE OF NEW YORK
COUNTY COURT:    COUNTY OF KINGS

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-F,

                          Plaintiff,

                  v.

MICHAEL KRICHEVSKY, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, UNITED STATES OF AMERICA BY THE INTERNAL REVENUE SERVICE, CITY OF NEW YORK PARKING VIOLATIONS BUREAU, JANE DOE, MARIA TOMKEVYCH,

                          Defendants.

**NOTICE OF WITHDRAWAL**

Index #: 506127/2016

Mortgaged Property:
4221 Atlantic Avenue a/k/a 4219-4221 Atlantic Avenue
Brooklyn, NY 11224

**PLEASE TAKE NOTICE**, that the Plaintiff requests that its Judgment of Foreclosure and Sale pending before the court be withdrawn, without prejudice, and the matter removed from the Court's calendar with leave for Plaintiff to resubmit the same.

DATED: June 11, 2019

                          By: Brettanie L. Hart Saxton, Esq.
                          Woods Oviatt Gilman LLP
                          700 Crossroads Building
                          2 State Street
                          Rochester, NY 14614
                          855-227-5072

{not of withdrawal p1: }20160296

STATE OF NEW YORK
SUPREME COURT:   COUNTY OF KINGS

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE
FOR BANC OF AMERICA FUNDING CORPORATION
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES
2006-F,

                          Plaintiff,

v.

MICHAEL KRICHEVSKY, NEW YORK STATE
DEPARTMENT OF TAXATION AND FINANCE,
UNITED STATES OF AMERICA BY THE INTERNAL
REVENUE SERVICE, CITY OF NEW YORK PARKING
VIOLATIONS BUREAU, JANE DOE, MARIA
TOMKEVYCH,

                          Defendants.

AFFIDAVIT OF MAILING

**Index No.: 506127/2016**

Mortgaged Property:
4221 Atlantic Avenue a/k/a
4219-4221 Atlantic Avenue
Brooklyn, NY 11224

I, _Chelsea Warren_, being duly sworn, deposes and says:

I am not a party to the action, am over 18 years of age, and reside in Rochester, New York.

On _June 12_, 2019, I served a copy of the Notice of Withdrawal for the Judgment of Foreclosure and Sale relative to the above matter in a sealed envelope, with postage prepaid thereon, in a post office or depository of the United States Postal Service within the State of New York, addressed to the last known address of the individuals as indicated below.

_Chelsea Warren_
Clerk

Sworn to before me this
_12_ day of _June_, 2019.

_Kenadi Bartron_
Notary Public

KENADI BARTRON
NOTARY PUBLIC, State of New York
Qualified in Wyoming County
Registration No. 01BA6385316
Commission Expires December 31, 20_22_

{not of withdrawal p1: }20160296

TO:

Michael Krichevsky
4221 Atlantic Avenue, 2nd Floor, a/k/a 4219-4221 Atlantic Avenue
Brooklyn, NY 11224

Michael Krichevsky
120 Oceana Drive W, Apt 5D
Brooklyn, NY 11235

New York State Department of Taxation and Finance
300 Motor Parkway
Hauppauge, NY 11788

Beth P. Schwartz, Esq.
Assistant United States Attorney
*Attorneys for Defendant United States of America by the Internal Revenue Service*
271 Cadman Plaza East
Brooklyn, NY 11201

City of New York Parking Violations Bureau
100 Church Street, 4th Floor
New York, NY 10007

Jane Doe
4221 Atlantic Avenue, 2nd Floor, a/k/a 4219-4221 Atlantic Avenue
Brooklyn, NY 11224

Maria Tomkevych
4221 Atlantic Avenue, 1st Floor, a/k/a 4219-4221 Atlantic Avenue
Brooklyn, NY 11224


Re: Notice of Withdrawal for a Motion to Confirm Referee Report and for a Judgment of Foreclosure and Sale
Kings County Supreme Court – Index # 506127/2016
U.S. Bank National Association, etc. v. Michael Krichevsky, et al.

{not of withdrawal p1: }20160296