# Notice Recipients

District/Off: 0207–1                    User: admin                        Date Created: 6/2/2021

Case: 1–19–43516–ess                    Form ID: pdf000                    Total: 2

**Recipients of Notice of Electronic Filing:**
ust          Office of the United States Trustee          USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           Michael Krichevsky          4221 Atlantic Ave          Brooklyn, NY 11224

TOTAL: 1