# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 6/15/2021 |
| Case: 1−19−43516−ess | Form ID: pdf000 | Total: 9 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | USTPRegion02.BR.ECF@usdoj.gov |
| aty | Alan Smikun | alansm@nyfclaw.com |
| aty | Aleksandra Krasimirova Fugate | afugate@woodsdefaultservices.com |
| aty | Josh Russell | josh.russell@tax.ny.gov |
| aty | Natsayi Mawere | nmawere@reedsmith.com |
| aty | Shari S Barak | sbarak@logs.com |

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | |
|---|---|
| db | Michael Krichevsky        4221 Atlantic Ave        Brooklyn, NY 11224 |
| | Michelle C. Marans, Esq.        53 Gibson Street        Bay Shore, New York 11706 |
| | Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building        201 Varick Street, Suite 1006        New York, NY 10014 |

TOTAL: 3