# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 6/17/2021 |
| Case: 1−19−43516−ess | Form ID: pdf000 | Total: 10 |

**Recipients of Notice of Electronic Filing:**
| | | | |
|---|---|---|---|
| ust | Office of the United States Trustee | | USTPRegion02.BR.ECF@usdoj.gov |
| aty | Alan Smikun | | alansm@nyfclaw.com |
| aty | Aleksandra Krasimirova Fugate | | afugate@woodsdefaultservices.com |
| aty | Brittany J Maxon | | bmaxon@woodsdefaultservices.com |
| aty | Josh Russell | | josh.russell@tax.ny.gov |
| aty | Michelle C Marans | | MMarans@flwlaw.com |
| aty | Natsayi Mawere | | nmawere@reedsmith.com |
| aty | Robert W. Griswold | | rgriswold@logs.com |
| aty | Shari S Barak | | sbarak@logs.com |

TOTAL: 9

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | |
|---|---|---|---|
| db | Michael Krichevsky | 4221 Atlantic Ave | Brooklyn, NY 11224 |

TOTAL: 1