UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
~~BROOKLYN DIVISION~~

| | |
|---|---|
| IN RE | CHAPTER 11 |
| MICHAEL KRICHEVSKY | CASE NO. 1-19-43516-ESS |
| | JUDGE: ELIZABETH S. STONG |
| DEBTOR | MOTION DATE: **_July 28, 2021_** |
| | ~~APRIL 15, 2021~~ |
| | MOTION TIME: **_12:30 P.M._** ~~11:00 A.M~~. |

### ORDER GRANTING RELIEF FROM
### THE AUTOMATIC STAY

**UPON** consideration of the Application of Select Portfolio Servicing, Inc. as Servicer for U.S. Bank NA, successor trustee to Bank of America, NA, successor in interest to LaSalle Bank NA, on behalf of the holders of the WaMu Mortgage Pass-Through Certificates, Series 2005-AR15, ("Movant") dated June 8, 2021 (Doc. No. **_134_** ~~21~~), and it appearing that the U.S. Trustee has no opposition to the motion brought by Movant for relief from the automatic stay, and with the Court **_having_** overrul**_ed_**~~ing~~ the Debtor's opposition ~~both expressed~~ at the hearing on July 28, 2021, and with good cause appearing therefore, it is

**ORDERED** that the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby **_modified_** ~~vacated~~ for cause pursuant to 11 U.S.C. § 362(d) as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may **_pursue their rights under_** ~~take any and all actions pursuant to the Note and Mortgage and~~ applicable ~~state~~ law ~~including but not limited to foreclose its mortgage on~~ **_with respect to the_** premises known as 120 Oceana Drive West Unit 5D, Brooklyn NY 11235 ~~without further application to this Court~~, and it is further

**ORDERED** that the Debtor's Objection, filed late on July 26, 2021 at Doc. No. 195 is overruled ~~in its entirety and marked off~~, and it is further

~~**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further~~

**ORDERED** that the Movant shall promptly report to the United States Trustee any surplus monies realized by any sale of the Property.

Dated: Brooklyn, New York  
August 6, 2021

Elizabeth S. Stong  
United States Bankruptcy Judge