**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

**MICHAEL KRICHEVSKY**

**Case No. 1-19-43516-ess**
**Chapter 11**

**ORDER *GRANTING MOTION FOR A PROTECTIVE ORDER***

**Debtor In Possession**

**MICHAEL KRICHEVSKY**

**Plaintiff Under Duress, DIP**

**Adversary Proceeding No.: 1-21-01013**

vs.

**US BANK, NA, WELLS FARGO BANK, NA, WELLS FARGO HOME MORTGAGE, KELLY DUNCAN, WELLS FARGO HOME MORTGAGE, STEPHANIE TERESE TAUTGE, DANIEL V. EDWARD, BANC OF AMERICA FUNDING CORPORATION, VERIPRISE PROCESSING SOLUTIONS LLC, CHARICE LENISE GLADDEN, WOODS OVIATT GILMAN, LLP, DONALD W. O'BRIEN, JR., NATALIE A. GRIGG, ALEKSANDRA K. FUGATE, BRITTANY J. MAXON, DAVID BRUCE WILDERMUTH, BRETTANIE L. HART SAXTON, VICTORIA E. MUNIAN, MICHAEL THOMAS JABLONSKI, MIRANDA L. SHARLETTE A/K/A MIRANDA JAKUBEC, FRENKEL LAMBERT WEISS WEISMAN GORDON, LLP, BARRY M. WEISS, PROVEST, LLC, WOODY DORSONNE, REED SMITH LLP, NATSAYI MAWERE, JENNIFER L. ACHILLES, ESTATE OF ~~DISEASED~~ *[DECEASED]* NOACH DEAR, SHMUEL TAUB, STEVEN J. BAUM, P.C. STEVEN J. BAUM, ELPINIKI M. BECHAKAS, JANE AND JOHN DOE 1- 100, INDIVIDUALS NAMES TO BE DISCOVERED, *AND JEREMIAH HERBERG,***

**Defendants.**

Upon the Motion for a Protective Order dated July 14, 2020 of Natalie A. Grigg, Esq.

("Grigg") for an order pursuant to Federal Rule of Civil Procedure 26(c) as incorporated by

Federal Rule of Bankruptcy Procedure 7026 striking Debtor In Possession Michael Krichevsky's ("Debtor") First Combined Discovery Requests as issued against Natalie A. Grigg, individually*; and*

**WHEREAS,** this Court *held a hearing on July 28, 2021, at which the Debtor, the United States Trustee, Frenkel Lambert Weiss Weisman & Gordon, LLP, Barry M. Weiss, Esq., Wells Fargo Bank, N.A., as servicing agent for U.S. Bank National Association, Woods Oviatt Gilman LLP, Ms. Grigg, Aleksandra K. Fugate, Esq., Brettanie L. Hart Saxton, Esq., Brittany J. Maxon, Esq., David Bruce Wildermuth, Esq., Victoria E. Munian, Esq., Michael Thomas Jablonski, Esq., Donald W. O'Brien, Jr., Esq., Miranda L. Shartlette a/k/a Miranda Jakubec, Esq., Victoria E. Munian, Esq., U.S. Bank National Association, as Trustee for Banc of America Funding Corporation Mortgage, ProVest LLC, Woody Dorsonne, Steven J. Baum, P.C., Steven J. Baum, Esq., Elpiniki M. Bechakas, Esq., Select Portfolio Servicing, Inc., Banc of America Funding Corporation, Reed Smith LLP, Natsayi Mawere, Esq., Jennifer L. Achilles, Esq., Kelly Duncan, Stephanie Terese Tautge, Daniel V. Edward, and Charice Lenise Gladden appeared and were heard; and* having considered the evidence presented, and the arguments of the parties, and with good cause appearing therefor; it is hereby

**WHEREAS,** *at the July 28, 2021 hearing, the Court granted the Motion for a Protective Order on grounds, among others, that the Debtor's First Combined Discovery Requests seeks solely information that Ms. Grigg, the subject of the requests, learned in the context of her representation of her client and, therefore, seeks information that is protected from discovery by the attorney client privilege and attorney work product doctrine.*

**NOW THEREFORE, it is hereby**

**ORDERED** that the Motion for a Protective Order is hereby granted in its entirety, without

~~prejudice to allow Debtor to submit discovery demands to an appropriate party~~ <u>**for the reasons stated herein, and based on the entire record, including the record of the July 28, 2021 hearing, the Motion for a Protective Order is granted; and it is further**</u>

<u>**ORDERED, that this relief is without prejudice to a request for discovery that seeks information that is not protected from discovery by the attorney client privilege, the attorney work product doctrine, or other applicable privilege or doctrine under the Bankruptcy Code, the Bankruptcy Rules, and the Federal Rules of Civil Procedure.**</u>



Dated: Brooklyn, New York  
August 10, 2021

_____  
Elizabeth S. Stong  
United States Bankruptcy Judge