| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | Michael Krichevsky | Social Security number or ITIN: xxx–xx–7181 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _  EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of New York | Date case filed in chapter:   13   6/6/19 |
| Case number: | 1–19–43516–ess | Date case converted to chapter:   11   10/4/19 |

# TRANSMITTAL OF ADDITIONAL RECORD ON APPEAL

**TO THE CLERK, U.S. DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

A Notice of Appeal was filed on August 19, 2021 by Michael Krichevsky, appealing Order Granting Motion For Relief From the Automatic Stay, document number 197.

Pursuant to Bankruptcy Rule 8010(b)(1), the following additional documents are being transmitted:

ECF#232: Civil Cover Sheet

The designations of the Appellant/Appellee have not been filed as of September 21, 2021.

Dated: September 21, 2021         Robert A. Gavin, Jr., Clerk of Court

By: s/Joohn Kim

Deputy Clerk

**BLadroap.jsp** [Transmittal of Additional Record on Appeal 04/17/17]